**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

RODNEY LABRON SUMMERS, )
)                    Case Nos. 1:25-cv-258; 1:22-cr-12
*Petitioner*, )
)                    Judge Travis R. McDonough
v. )
)                    Magistrate Judge Christopher H. Steger
UNITED STATES OF AMERICA, )
)
*Respondent*. )

---

**JUDGMENT ORDER**

---

For the reasons set forth in the accompanying memorandum opinion, Petitioner's motion

to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1 in Case No.

1:25-cv-258; Doc. 51 in Case No. 1:22-cr-12) is hereby **DENIED**.  This civil action

is **DISMISSED WITH PREJUDICE**.  The Clerk is **DIRECTED** to **CLOSE** the civil case.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna Wilson
  CLERK OF COURT